**MARY SANDIFER, AMANDA SANDIFER AND RYAN SANDIFER**

**VS**

**HOYT ARCHERY, INC., AND ABC INSURANCE COMPANY, INC.**

SUIT NUMBER: 611930   SECT. **SEC. 27**

**19TH JUDICIAL DISTRICT COURT**

**EAST BATON ROUGE PARISH**

**STATE OF LOUISIANA**

COST OK $ 503—

MAY -9 2012

DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

The PETITION of Mary Sandifer, Amanda Sandifer and Ryan Sandifer of full age, residents of and domiciled in East Baton Rouge Parish, Louisiana respectfully represents:

1.

The following parties are made defendants herein:

A) Hoyt Archery, Inc., alleged upon information and belief to be a foreign corporation licensed to do and/or doing substantial business in the parish and state; and

B) ABC Insurance Company, alleged upon information and belief to be a foreign insurer licensed to do and/or doing substantial business in the parish and state.

2.

Petitioner, Mary Sandifer, was at all relevant times herein lawfully married to and living with decedent and victim, Dr. Alan Sandifer. Petitioners, Amanda Sandifer and Ryan Sandifer, are the natural children of Dr. Alan Sandifer and Mary Sandifer.

3.

On or about August 23, 2011, Dr. Alan Sandifer was in process of pulling back the string of a compound bow owned by him and manufactured by Hoyt Archery, Inc.

4.

Due to defects in the product's design, the bow suddenly, and without warning, was launched violently backwards sending the bow's metal cable guard through Dr. Sandifer's skull thereby killing him.

5.

Additionally, or in the alternative, the injuries and damages sued upon were the result of the failure of the defendant to properly instruct and/or warn users of the bow regarding proper and safe use of the device and limitations inherent in the safe use of the device.

Page 1 of 3

EBR1187927


Certified True and Correct Copy
eCertID: 000033411


East Baton Rouge Parish
Deputy Clerk of Court


**EXHIBIT**
A

Generated Date:
6/1/2012 11:01 AM

6.

The Hoyt product used by Dr. Sandifer as described above was defective and unreasonably dangerous in design, construction, composition/manufacture and inadequate in its instructions and/or warnings thereby rendering defendants liable under the Louisiana Products Liability Act and other applicable provisions of Louisiana Law. Specifically, defendants herein are liable to plaintiffs as a result of their breach of one or more of the following obligations:

A)  Its design and manufacture of an unreasonably dangerous product;

B)  Its negligence for failing to provide, as the manufacturer of the bow, adequate instructions and/or warnings to the purchasers and users of the product;

C)  The negligent failure to properly test the bow before marketing and selling the device and/or its failure to make sure that the device was properly tested and safe for use by its customers;

D)  Other acts of negligence and/or fault which may be shown through discovery or at trial; and

E)  Generally, the failure of this defendant to act with the required degree of care commensurate with the existing situation.

7.

Mary Sandifer, Amanda Sandifer and Ryan Sandifer, individually and on behalf of Dr. Alan Sandifer, are entitled to recover from defendants, *in solido*, damages caused by and/or arising from the wrongful death of Dr. Alan Sandifer, which damages are listed more particularly, but not exclusively, as follows:

A)  Funeral and related expenses;

B)  Medical and related expenses;

C)  Fright, mental anguish, fear and suffering prior to death;

D)  Physical pain and suffering prior to death;

E)  Mental anguish and grief of survivors;

F)  Loss of society and consortium of survivors;

G)  Loss of love and affection of survivors;

H)  Loss of earnings/loss of earning capacity; and

I)  Other items of damage which may be shown through discovery or at trial.



Certified True and Correct Copy
eCertID: 000033411

lu Higginbotham
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/1/2012 11:01 AM

8.

Plaintiffs show that at all pertinent times herein, Hoyt had in full force an effect a policy of liability insurance, insuring itself from damages arising from liability of the nature asserted herein. Said policy was issued by ABC Insurance Company (policy # 123456).

**WHEREFORE**, plaintiffs pray that after due proceedings are had that there be judgment in their favor and against defendants, **HOYT ARCHERY, INC., AND ABC INSURANCE COMPANY, INC.** *in solido*, in an amount which is just and reasonable with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings. Further, plaintiffs pray for all other relief which may be just and equitable in the premises.

Respectfully Submitted this 9th day of May, 2012.

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.

By: _____
             John W. deGravelles (#04808)
             J. Neale deGravelles (#29143)
             618 Main Street
             Baton Rouge, Louisiana 70801-1910
             Telephone: 225/344-3735
             Facsimile: 225/336-1146

**PLEASE SERVE**

**HOYT ARCHERY, INC.**— LONG ARM SERVICE
Through it's agent For Service of Process:
Todd Erickson
543 N. Neil Armstrong Rd.
Salt Lake City, UT 84116

**ABC Insurance Company**- Hold Service





Page 3 of 3



Certified True and Correct Copy
eCertID: 000033411

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:

6/1/2012 11:01 AM

| | |
|---|---|
| **MARY SANDIFER, AMANDA SANDIFER AND RYAN SANDIFER**<br><br>**VS**<br><br>**HOYT ARCHERY, INC., AND ABC INSURANCE COMPANY, INC.** | **SUIT NUMBER:**    **SECT. "____"**<br><br>**19ᵀᴴ JUDICIAL DISTRICT COURT**<br><br>**EAST BATON ROUGE PARISH**<br><br>**STATE OF LOUISIANA** |

---

### INTERROGATORIES AND
### REQUESTS FOR PRODUCTION OF DOCUMENTS

---

To:    **HOYT ARCHERY, INC.**
       Through it's agent For Service of Process:
       Todd Erickson
       543 N. Neil Armstrong Rd.
       Salt Lake City, UT 84116

     **PLEASE TAKE NOTICE** that you are hereby required to answer separately, fully, in

writing, and under oath, the following Interrogatories and Requests for Production of Documents,

which are deemed to be continuing, and to serve your answers thereto on John W. deGravelles,

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', L.L.P., attorneys for the plaintiff,

**MARY SANDIFER, AMANDA SANDIFER AND RYAN SANDIFER**, on or before fifteen (15)

days from the date of service hereof, all in accordance with the Code of Civil Procedure, Articles

1457, 1458 and 1461.

### DEFINITIONS:

     "**Identify**" means to indicate the name, address, telephone number and the name and the address of the employer for each individual whose identity is requested. If the legal person you are asked to "**Identify**" is a corporation, partnership, limited liability, individual propriety, or some other business entity, please provide the full and correct name of said business entity, its address and telephone number.

     "**You**", "**yours**", "**Hoyt**", "**Hoyt Employee**" means the defendant, Hoyt Archery, Inc., or any employee, contractor, sub-contractor, parent company or subsidiary thereof;

     "**Documents**" or "**Documentation**" shall mean writings of every type and from any source, including originals and non-identical copies thereof, that are in your possession, custody, or control or known by you to exist. This would include documents that were sent outside your organization to any source and documents intended for internal use.

     The term includes communications not only in words but in symbols, pictures, sound recordings, film, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems. If the information is kept in a computer or informational storage or retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

     The term includes but is not limited to: calendars, checkbooks, agenda, agreements, analyses, bills, invoices, records of obligations and expenditures, corporate bylaws and charters, correspondence, diaries, files, legal documents, financial documents, including





Certified True and
Correct Copy
eCertID: 000033413


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:

6/1/2012 11:02 AM

balance sheets and profit and loss statements, letters, memorandum recording telephone or in-person conferences, manuals, books, press releases, purchase orders, records, schedules, memos of interviews, evaluations, written reports or tests or experiments, public relations release, telegrams, teletypes, work papers, drafts of documents, and all other writings which contents relate to the subject matter of the discovery request.

**"Bow in question"** means the specific bow manufactured by defendant, Hoyt Archery, involved in the death of Dr. Alan Sandifer (Model: Vulcan/XT 500 serial #: 0415536).

**"Model of bow in question"** means all bows of the same make and model as the bow involved in the death of Dr. Alan Sandifer (Model: Vulcan/XT 500 serial #: 0415536). Same model" as used in this definition should include bows which are of the same design and construction as the specific bow in question regardless of whether same is sold under a different brand name or with a different model number than the specific bow in question.

"**Accident in Question**" means the incident on August 23, 2011 in which Dr. Alan Sandifer was killed.

## INTERROGATORY NUMBER ONE:

Give the names, addresses and telephone numbers of all persons having knowledge of relevant facts who may reasonably be called as witnesses for any party, the subject matter on which they are or could be reasonably expected to testify, and the substance of their testimony.

## INTERROGATORY NUMBER TWO AND REQUEST FOR PRODUCTION OF DOCUMENTS ONE:

Do you or any representative of yours have any photographs or video tapes or motion pictures relevant to this suit? If your answer is in the affirmative, please state the number of photographs, a general description of their contents, the name and address of the photographer, the date the photographs were taken, and the name and address of the present custodian of the photographs. If they are in your possession, custody, or control, please produce true and accurate copies.

## INTERROGATORY NUMBER THREE AND REQUEST FOR PRODUCTION OF DOCUMENTS TWO:

Have you or anyone representing you or acting on your behalf taken any statements, whether recorded, typed, written or oral, from any persons having knowledge of facts involved in this suit? If so, list the names and addresses of all persons interviewed and also state by whom they were interviewed and whether the statement was recorded, typed, written or oral. If you have a written or recorded statement of plaintiff or plaintiffs, please attach a copy of same to your answers to these interrogatories.

## INTERROGATORY NUMBER FOUR:

Please state whether you or anyone else, whether or not acting on your behalf, has conducted an investigation, inspection, or experiments in connection with the accident, or its causes, which forms the basis of this suit, or any kind of investigation of the plaintiffs in this case. If so, state the name and address of each person who participated in the investigation, inspection, or experiment, whether the results of such investigation, inspection, or experiment were reported orally or in written form, to whom the results were reported, the date or dates of each investigation, inspection or experiment, and the date or dates of any and all written or oral reports rendered by such investigation, inspection or experiments.

## INTERROGATORY NUMBER FIVE:

Please state whether you or anyone on your behalf has contacted anyone having expert knowledge of matters which may be relevant to this suit. If your answer is in the affirmative, please state the name and address of each expert and the date of your initial contact, the date or dates of any written reports, and the substance of his testimony. If the expert has rendered only oral reports, give


Certified True and Correct Copy
eCertID: 000033413

*Lu Higginbotham*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:

6/1/2012 11:02 AM

the dates of all such oral reports, the name of the person to whom the report was given, and a concise statement of the information reported.

**INTERROGATORY NUMBER SIX:**

With respect to each expert listed above, please state the subject matter on which he is expected to testify and the substance of his testimony.

**INTERROGATORY NUMBER SEVEN AND REQUEST FOR PRODUCTION OF DOCUMENTS THREE:**

Was there in effect, at the time of the accident sued on, a policy of insurance which indemnifies you against financial loss as a result of liability of the general type alleged herein, and if so, with respect to each such policy of insurance, whether primary or excess insurance, please state:

    a.    Name and address of the insurance policy;

    b.    The policy number and the effective dates thereof;

    c.    The nature of the coverage and the limits of liability, including coverage for one person and coverage for more than one person;

    d.    Would you voluntarily furnish to plaintiffs a certified copy of the policy or policies referred to in answers to subparts (A) and (B) above, and if so, please attach same to your answers to these interrogatories, and if not, please state specifically your reasons for not doing so.

**INTERROGATORY NUMBER EIGHT AND REQUEST FOR PRODUCTION OF DOCUMENTS FOUR:**

Has Hoyt performed any investigation and/or testing following the accident in question to determine the cause of the accident in question as it related to the bow in question or otherwise. If so, please state the name of the individual(s) who performed the investigation and/or testing, the date(s) of the investigation and/or testing, the nature of the investigation and/or testing, and the investigator's/s/testor's ultimate conclusion(s) regarding the cause of the accident in question as it related to the safety curtain in question or otherwise.

If any written materials were generated by and/or are in the possession of and/or are assessable to Hoyt regarding the above interrogatory, please provide copies of same.

**INTERROGATORY NUMBER NINE:**

With respect to the model of bow in question, please state:

    a.    Whether or not anyone has ever notified you of an accident and/or injury which allegedly resulted from use of the model of bow in question;

    b.    Name, address and telephone number of person or persons providing notification;

    c.    Name, address and telephone number of person or persons involved in said accident and/or injury and the date of each such accident and/or injury;

    d.    The nature/description of each such accident and/or injury;

    e.    If a claim was filed, name address and telephone number of any person or persons making a claim and date each such claim was made;

    f.    Whether or not a lawsuit was filed and, if so, the name address and telephone number



**Certified True and Correct Copy**
eCertID: 000033413

*Ut Higginbotham*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:

6/1/2012 11:02 AM

of plaintiffs in each such lawsuit, the name address and telephone number of the attorney representing plaintiffs, the full caption of each lawsuit, date each such lawsuit was filed and the resolution of each lawsuit (e.g., settled, tried and lost etc.);

g.      Whether or not there are any documents related to the notifications and/or claims and/or lawsuits and, if so, the name, address and telephone numbers of the present custodian of said documents.

## INTERROGATORY NUMBER TEN:

Was the model of bow in question or any similar model ever subject to a recall and, if so, please state with particularity:

a.      Date of recall

b.      Reason for recall;

c.      Custodian of individual possessing any records related to the recall.

## INTERROGATORY NUMBER ELEVEN AND REQUEST FOR PRODUCTION OF DOCUMENTS FIVE:

Did the model of bow in question come with a user's manual and/or any other documentation? If so, please provide a copy of same.

If any change(s) have been made to the manual and/or other documentation since the time of the accident in question, please indicate with specificity the nature of the change(s), the date of the change(s) and the reasons for the change(s).

## INTERROGATORY NUMBER TWELVE AND REQUEST FOR PRODUCTION OF DOCUMENTS SIX:

Have any changes been made to the design of the model of bow in question from the time it was first introduced until the present day? If so, please state with specificity the nature of the change(s), the date of the change(s) and the reasons for the change(s).

This interrogatory should include, **but is not limited to,** any changes or modifications in the design, construction and placement of the cable guard of the model of bow in question.

These interrogatories and requests for production of documents are deemed to be continuing so as to require supplemental answers, under oath, in writing at anytime that additional information may be obtained after responses are filed to these interrogatories, which would be furnished if the interrogatories should be continuously repeated.

Respectfully submitted by,

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.

**JOHN W. deGRAVELLES- #04808**
**J. NEALE deGRAVELLES- #29143**
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146

Certified True and Correct Copy
eCertID: 000033413

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/1/2012 11:02 AM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this day been forwarded to all counsel of record via:

( )  Hand delivery           ( x )  Prepaid U.S. Mail

( )  Facsimile                ( )  Overnight delivery

Baton Rouge, Louisiana, this 9th day of ____May____, 2012.

_____

**JOHN W. deGRAVELLES**

Certified True and
Correct Copy
eCertID: 000033413

_lu Higginbotham_
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/1/2012 11:02 AM

# CITATION
## (Long Arm LSA. R.S. 13:3201 et seq.)

MARY SANDIFER, ET AL
(Plaintiff)

vs.

HOYT ARCHERY, INC.
(Defendant)

NUMBER C611930 SECTION 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**  VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO:    HOYT ARCHERY, INC.
          THROUGH ITS AGENT,
          TODD ERICKSON

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 09-MAY-2012.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: JOHN WEADON DEGRAVELLES

*Also attached are the following documents:
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

CITATION-LONG ARM- 2412



EBR1191930

MARY SANDIFER, AMANDA
SANDIFER AND RYAN SANDIFER

VS

HOYT ARCHERY, INC., AND ABC
INSURANCE COMPANY, INC.

SUIT NUMBER: 611, 930    SECT. " 27"

19TH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

STATE OF LOUISIANA

COST OK $_____

FILED
MAY 24 2012

MAY 24 2012
DEPUTY CLERK OF COURT

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     BEFORE ME, the undersigned authority, duly commissioned and qualified in the Parish and

State aforesaid, personally came and appeared Lyndsie Harrington who being first duly sworn did

depose and say:

     That on the 11th day of May 2012, she did enclose in an envelope a Citation and Petition for

Damages, along with the original letter of transmittal, which envelope, correspondence and citation

were addressed to **Hoyt Archery Inc.**, Through it's agent For Service of Process: Todd Erickson,

543 N. Neil Armstrong Rd., Salt Lake City, UT 84116.  That she affixed sufficient postage to send

the said pleadings to the addressee by first class mail, and deposited it in the United States Mail on

the 11th day of May, 2012.

     That she has attached hereto and made a part hereof the original return receipt from **Hoyt**

**Archery Inc.**, which indicates that said envelope was delivered to the said addressee on the 17th day

of May, 2012.

                             Lyndsie N. Harrington

EBR 1328362

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 If Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

HOYT ARCHERY, INC.
Through it's agent For Service of Process:
Todd Erickson
543 N. Neil Armstrong Rd.
Salt Lake City, UT 84116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Cathara Sim

D. Is delivery address different from item 1?    ☐ Yes
  If YES, enter delivery address below:    ☐ No

R.CO.
C. 17 12
84116

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)

Form 3811

of May, 2012, at Baton Rouge,

_____ Prather

PRATHER
a Notary

Is For Life

Certified True and
Correct Copy
eCertID:000033413

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/1/2012 11:03 AM

# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

### ATTORNEYS AT LAW

**MICHAEL P. MENTZ**
Managing Partner

michael_mentz@haileymcnamara.com

TELEPHONE: (504) 836-6500

TELECOPIER: (504) 836-6565

ONE GALLERIA BOULEVARD
SUITE 1400
METAIRIE, LOUISIANA 70001

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288
www.haileymcnamara.com

*Please respond to Metairie Office.*

NEW ORLEANS OFFICE
1100 POYDRAS STREET
SUITE 2900
NEW ORLEANS, LA 70163
TELEPHONE: (504) 799-2271
TELECOPIER (504) 836-6565

GULFPORT OFFICE
1105 30th AVENUE
SUITE 202
GULFPORT, MS 39501
TELEPHONE: (228) 864-5556
TELECOPIER: (228) 864-3546

BATON ROUGE OFFICE
10771 PERKINS ROAD
SUITE 100
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 766-5567
TELECOPIER: (225) 766-5548

May 25, 2012

Clerk of Court
19th Judicial District Court
P.O. Box 1991
Baton Rouge, LA 70821-1991

    RE:    Mary Sandifer, et al. v. Hoyt Archery, Inc., et al.
            19th JDC No. c611930, Section 27
            Our File No.: 1021-67493-MPM

Dear Sir/Madam:

    Enclosed please find an original and one copy of the *Motion of Extension of Time* and *Request for Notice* in connection with the above-referenced matter. Also, enclosed is a firm check in the amount of $32.00 to cover the cost of filing same. Please file the originals into the record and return conformed copies along with a **receipt** in the self-addressed, stamped envelope provided.

    With kind regards, I remain

                    Sincerely,

                    MICHAEL P. MENTZ

/ckm
Enclosures
cc:    John W. deGravelles – VIA FAX: (225) 336-1146
       (w/enclosure)

RECE'D

MAY 30 2012

EBR1328112

MARY SANDIFER, AMANDA     *     CASE NO. c611930
SANDIFER AND RYAN SANDIFER    *

                          *     19TH JUDICIAL DISTRICT COURT

VERSUS                       * 

                          *     PARISH OF EAST BATON ROUGE

HOYT ARCHERY, INC. AND ABC      *
INSURANCE COMPANY, INC.        *     STATE OF LOUISIANA

                          *     COST OK $_____

*   *   *   *   *   *   *   *   *   *    MAY 2 9 2012

                           DEPUTY CLERK OF COURT

## MOTION FOR EXTENSION

**NOW INTO COURT,** through undersigned counsel, comes Hoyt Archery, Inc., named

defendant in the above entitled and numbered cause who in response to the petition of Mary

Sandifer, Amanda Sandifer and Ryan Sandifer, requests an additional thirty (30) days to

complete its investigation and to file responsive pleadings, with a full reservation of all rights,

including the right to object to the jurisdiction of this Honorable Court. Counsel for plaintiff has

been contacted and has no objection to the extension of time.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23 
day of May , 2012, served a 
copy of the foregoing pleading on counsel 
for all parties to this proceeding either by e-
mailing, faxing or by mailing the same by 
United States mail, properly addressed and 
first class postage prepaid.

Respectfully submitted,

**HAILEY, McNAMARA, HALL,
LARMANN
& PAPALE, L.L.P.**

BY: _____
**MICHAEL P. MENTZ, BAR #9438
BRIAN J. EISELEN, BAR #28903**
One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Counsel for Defendant, Hoyt Archery, Inc.

### ORDER

**IT IS HEREBY ORDERED** by the Court that defendant, Hoyt Archery, Inc., be, and is

hereby granted an additional thirty (30) days or until June 25, 2012 within which to file

responsive pleadings.

East Baton Rouge, Louisiana, this _____ day of _____, 2012.

_____
**JUDGE**

CERTIFIED TRUE COPY

0 - 1 1 7 1 9
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED

2012 MAY 29 PM 4:55

DEPUTY CLERK OF COURT FOR
DOUG WELBORN
CLERK OF COURT E B R PARISH

EBR1328110


Certified True and
Correct Copy
eCertID: 000033417

lu Higginbotham
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:

6/1/2012 11:04 AM

MARY SANDIFER, AMANDA
SANDIFER AND RYAN SANDIFER

VERSUS

HOYT ARCHERY, INC. AND ABC
INSURANCE COMPANY, INC.

\* \* \* \* \* \*

CASE NO. c611930

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\* \* \* \* \* \*

## REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Hoyt Archery, Inc., pursuant to La. C.C.P. art. 1572, and moves this court for written notice, ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion, rule or trial on the merits in the captioned proceeding, and pursuant to La. C.C.P. arts. 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceeding.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____ day of _____, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by e-mailing, faxing or by mailing the same by United States mail, properly addressed and first class postage prepaid.

Respectfully submitted,

**HAILEY, McNAMARA, HALL,
LARMANN
& PAPALE, L.L.P.**

BY: _____
**MICHAEL P. MENTZ, BAR #9438
BRIAN J. EISELEN, BAR #28903**
One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Counsel for Defendant, Hoyt Archery, Inc.







Certified True and
Correct Copy
eCertID: 000033419

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/1/2012 11:04 AM